THE STATE EX REL. DESALVO, APPELLANT, *v.* MAY COMPANY, D.B.A. KAUFMANN'S DEPARTMENT STORE, ET AL., APPELLEES.

[Cite as *State ex rel. DeSalvo v. May Co.* (2000), 88 Ohio St.3d 231.]

(No. 99–1339—Submitted February 8, 2000—Decided March 22, 2000.)

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald E. Slipski* and *Steven L. Paulson,* for appellant.

*Reminger & Reminger Co., L.P.A.,* and *Francis X. Gardner,* for appellee May Co.

*Betty D. Montgomery,* Attorney General, and *Dennis L. Hufstader,* Assistant Attorney General, for appellee Industrial Commission of Ohio.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.